# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZEV LAGSTEIN, M.D., | ) |
| | ) Case No.: 2:03-CV-01075-GMN-LRL |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| | ) |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, | ) |
| | ) |
| Defendant. | ) |

Defendant Certain Underwriters at Lloyd's of London has brought an unopposed motion to stay proceedings related to the application for attorney's fees and non-taxable expenses brought by Plaintiff Zev Lagstein, pending the filing and resolution of Defendant's petition for writ of certiorari to the Supreme Court of the United States. (ECF No. 143.)

Citing the principle of judicial economy and both parties' reluctance to engage in additional litigation that might be mooted by the Supreme Court's actions, Defendant argues that it would be in the best interests of all involved for these proceedings to be stayed. This Court agrees.

IT IS HEREBY ORDERED that the Court will stay all proceedings regarding Plaintiff's Application for Attorney's Fees and Non-Taxable Expenses until all proceedings in this matter at the Supreme Court of the United States are resolved.

DATED this 30th day of August 2010.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE