UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ZEV LAGSTEIN, M.D., | ) | No. CV-S-03-1075-GMN-LRL |
| Plaintiff, | ) | **JUDGMENT** |
| vs. | ) | |
| CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, a foreign insuring entity, | ) | |
| Defendant. | ) | |

The Court having heard and ruled on various motions on remand (ECF No. 174),

IT IS HEREBY ORDERED that:

The Arbitration Award is confirmed in its entirety.

Plaintiff is awarded additional arbitrator fees in the amount of $21,520.94.

Plaintiff is awarded additional interest of $22,396.75 on his $900,000 in contract damages, which is calculated on the $900,000 damage award at a rate of 10.75% from November 23, 2006 until the date the award was paid, December 20, 2010 (which totals $394,421.92), less the interest on those damages previously paid by Defendant on December 20, 2010 (which totals $372,025.17).

Plaintiff is awarded post-judgment interest on this Judgment at the federal rate.

**IT IS SO ORDERED** this 23rd day of September, 2011.

_____
Gloria M. Navarro
United States District Judge

SUBMITTED BY:
Thomas L. Hudson, Arizona Bar No. 014485 (Admitted Pro Hac Vice)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona  85012-2793
(602) 640-9301
thudson@omlaw.com

3853811