UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ZEV LAGSTEIN, M.D., | | |
| Plaintiff-Appellant, | District No. | 11-17369 |
| vs. | | |
| | U.S.C.A. No. | 2:03-CV-01075- GMN-LRL |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, a foreign insuring entity, | | |
| Defendant-Appellee. | | |
| ZEV LAGSTEIN, M.D., | | |
| | District No. | 11-17460 |
| Plaintiff-Appellee, | | |
| vs. | U.S.C.A. No. | 2:03-cv-01075-GMN-LRL |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, a foreign insuring entity, | | |
| Defendant-Appellant. | | |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 08-05-2013 , issued its mandate that the appeal(s) is/are AFFIRMING, REVERSING AND REMANDING judgment of the District Cout.  The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

**DATED** this 22nd day of October, 2013.

_____
Gloria M. Navarro
United States District Judge