Thomas L. Hudson, 014485
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9301
thudson@omlaw.com

Charles J. Surrano III
John N. Wilborn
SURRANO LAW OFFICES
7114 East Stetson Drive, Suite 300
Scottsdale, Arizona 85251
(602) 264-1077
cjs@surranolawfirm.com
jnw@surranolawfirm.com

Julie A. Mersch, Nevada Bar No. 004695
LAW OFFICES OF JULIE A. MERSCH
1100 East Bridger Avenue
Las Vegas, Nevada 89101
(702) 387-5868
jam@merschlaw.com

Attorneys for Plaintiff

OSBORN MALEDON
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

Zev Lagstein, M.D.,

Plaintiff,

vs.

Certain Underwriters at Lloyd's of London, a foreign insuring entity,

Defendant.

No. 2:03-cv-01075-GMN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is HEREBY STIPULATED between Plaintiff ZEV LAGSTEIN, M.D and Defendant THOSE CERTAIN UNDERWRITERS, LLOYD'S LONDON, SUBSCRIBING TO CERTIFICATE No. 997401 by and through their counsel, that the above-captioned action be

and hereby is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (ii). All parties shall bear their own costs and attorney's fees.

DATED this 16th day of December, 2013.

OSBORN MALEDON, P.A.

By /s/ Thomas L. Hudson
Thomas L. Hudson
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793

SURRANO LAW OFFICES
Charles J. Surrano III
John N. Wilborn
7114 East Stetson Drive, Suite 300
Scottsdale, Arizona 85251

LAW OFFICES OF JULIE A. MERSCH
Julie A. Mersch, Nevada Bar No. 004695
1100 East Bridger Avenue
Las Vegas, Nevada 89101

**Attorneys for Plaintiff**

RIMAC & MARTIN

By /s/ Anna M. Martin
Anna M. Martin
P. O. Box 7085
Incline Village, Nevada 89452

**Attorneys for Defendant**

**ORDER**

**IT IS HEREBY ORDERED**: this case is dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Gloria M. Navarro
United States District Judge

DATED: December 18, 2013